# Exhibit A



# IN THE 32ND JUDICIAL CIRCUIT, CAPE GIRARDEAU COUNTY, MISSOURI

| Judge or Division:<br>BENJAMIN FREDERICK LEWIS | Case Number: 20CG-CC00254 | |
|---|---|---|
| Plaintiff/Petitioner:<br>ERICA L CAMP | Plaintiff's/Petitioner's Attorney/Address<br>MICHAEL L JACKSON<br>ATTORNEY AT LAW<br>1028 N KINGSHIGHWAY<br>STE 1<br>CAPE GIRARDEAU, MO 63701 | *Service Copy* |
| vs. | | |
| Defendant/Respondent:<br>FCS US LLC | Court Address:<br>203 NORTH HIGH STREET<br>JACKSON, MO 63755 | |
| Nature of Suit:<br>CC Pers Injury-Prod Liab | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** FCS US LLC
**Alias:**

C/O CT CORPORATION SYSTEM
120 SOUTH CENTRAL AVENUE
ST. LOUIS, MO 63105



*COURT SEAL OF*

*CAPE GIRARDEAU COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

| August 20, 2020 | /s/ *Jana Walther*, Deputy Clerk |
|---|---|
| Date | Clerk |

Further Information:

## Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
Date                                    Notary Public

| **Sheriff's Fees, if applicable** | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $____10.00____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - Cape Girardeau (Jackson) - September 17, 2020 - 04:07 PM

**IN THE 32ND JUDICIAL CIRCUIT, CAPE GIRARDEAU COUNTY, MISSOURI**     SB 9/19

| | |
|---|---|
| Judge or Division:<br>BENJAMIN FREDERICK LEWIS | **Case Number: 20CG-CC00254** |
| Plaintiff/Petitioner:<br>ERICA L CAMP | Plaintiff's/Petitioner's Attorney/Address<br>MICHAEL L JACKSON<br>ATTORNEY AT LAW<br>1028 N KINGSHIGHWAY<br>STE 1<br>CAPE GIRARDEAU, MO 63701   _32190_ |
| vs. | |
| Defendant/Respondent:<br>FCS US LLC | Court Address:<br>203 NORTH HIGH STREET<br>JACKSON, MO 63755 |
| Nature of Suit:<br>CC Pers Injury-Prod Liab | |

_Return Copy_

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to:  FCS US LLC
**Alias:**

C/O CT CORPORATION SYSTEM      _30_
120 SOUTH CENTRAL AVENUE       _CTCOR_
ST. LOUIS, MO  63105            _W_

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*CAPE GIRARDEAU COUNTY*

August 20, 2020 _____     /s/ *Jana Walther*, Deputy Clerk
Date                                          Clerk

Further Information: _____

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☑ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:

**LCW – B. LOVE** (name)   **INTAKE SPECIALIST** (title).

☐ other: _____

Served at   **CT CORPORATION** (address)

in   **St. Louis County** (County/City of St. Louis), MO, on **SEP 15 2020** (date) at **9 AM** (time).

*Tiffany Mooney*
Printed Name of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Signature of Sheriff or Server

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
Date                              Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ ( _____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

RECEIVED ST. LOUIS COUNTY SHERIFF'S OFFICE 2020-8-8 AM 9:2
SEP 0 8 2020

OSCA (06/18) SM30 (SMCC) **For Court Use Only: Document Id # 20-SMCC-625**   1 of 1   Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

_9/11/20_      _20-SMCC-8581_

Electronically Filed - Cape Girardeau (Jackson) - September 17, 2020 - 04:07 PM

LCW – B. LOVE          INTAKE SPECIALIST

CT CORPORATION
St. Louis County

SEP 15 2020          11 AM

IN THE CIRCUIT COURT OF CAPE GIRARDEAU COUNTY
STATE OF MISSOURI

| | | |
|---|---|---|
| **ERICA LEA CAMP,** | ) | |
| **362 South Mill Street** | ) | |
| **Festus, Missouri 63028** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | Case No. _____ |
| | ) | |
| **FCA US LLC,** | ) | |
| **Serve: CT Corporation System** | ) | |
| **120 South Central Avenue** | ) | |
| **Clayton, Missouri 63105** | ) | |
| | ) | |
| **Defendant.** | ) | |

## PETITION FOR DAMAGES

**COMES NOW** the Plaintiff, Erica Lea Camp, by counsel, Michael L. Jackson of the Law Offices of Michael L. Jackson, LC, and for her claim and cause of action against the Defendant, FCA US LLC, states:

1.  Plaintiff is an individual residing at 362 South Mill Street in the City of Festus, County of Jefferson, State of Missouri.

2.  The Defendant, FCA US LLC, (herein referred to as "FCA"), a Delaware Limited Liability Company which maintains its principal place of business in Auburn Hills, Michigan; is licensed to conduct business in the State of Missouri; and maintains as its registered agent for service of process in the State of Missouri, CT Corporation Systems, 120 South Central Avenue, Clayton, Missouri 63105.

3.  The Defendant FCA is the successor in interest to various Chrysler entities responsible for the design, manufacture, testing, marketing and distribution the 2012 Chrysler 200 automobile which the Defendant FCA has marketed and sold in the State of Missouri.

4.      Plaintiff brings this action for injuries suffered by Plaintiff in an auto accident, as the front seat passenger in a 2012 Chrysler 200 automobile manufactured by the Defendant FCA and/or its predecessor Chrysler entities, due to the misfiring of a dangerous and defective Takata airbag installed in the Chrysler 200 vehicle by Defendant FCA and/or its predecessor Chrysler entities.

5.      As more fully described below, the Plaintiff 's claim and cause of action arose and accrued in the City and County of Cape Girardeau, Missouri, the site of the auto collision in which the plaintiff was injured due to the dangerous and defective condition of the aforementioned 2012 Chrysler 200 automobile.

6.      Defendant FCA, and its predecessor Chrysler entities, for which this Defendant FCA has assumed responsibility, in the marketing and distribution of its automobiles, including the Chrysler 200, throughout the United States and in the State of Missouri, and having committed a tortious act within this State, has sufficient contacts with the State of Missouri to warrant the assumption of personal jurisdiction by this Court over the Defendant FCA pursuant to Section 506.500 RSMo.

7.      On 15th of August, 2015, at approximately 9:05 p.m., the Plaintiff, Erica L. Camp, was the front right seat passenger in a 2012 Chrysler 200 operated by Plaintiff's co-worker and friend, Whitney Nanney, traveling eastbound on Route K, a heavily traveled roadway within the City and County of Cape Girardeau, Missouri.

8.      On 15th day of August, 2015, at approximately 9:05 p.m. as the 2012 Chrysler 200 in which Plaintiff was riding entered the Intersection of Route K and Mount Auburn Road in Cape Girardeau, Missouri, to negotiate a lawful left turn onto Mount Auburn Road, the driver of a 2005 Chevrolet automobile, traveling at a high rate of speed in the westbound, outside lane of the same

2

Route K, ran a steady red light causing the front end of the 2005 Chevrolet automobile to violently collide with the passenger side of the 2012 Chrysler 200 in which the Plaintiff was riding.

9.    The 2012 Chrysler 200 in which Plaintiff was riding on May 15, 2015 was equipped with a side curtain airbag on the passenger side, designed to protect the vehicle's front seat passenger, (the Plaintiff herein) from head and brain injuries typically suffered during rollovers and high impact side collisions such as that collision in which the 2012 Chrysler 200 was involved on May 15, 2015.

10.    During the course of the August 15, 2015 automobile accident described herein, upon the initial impact, the passenger side curtain airbag failed to deploy and the Plaintiff's head violently struck the passenger side window and door frame.

11.    Following the initial impact and failed deployment of the passenger side curtain airbag as described above, the same airbag aggressively deployed, striking Plaintiff violently in the head.

12.    As a direct and proximate result of the malfunction of the passenger side curtain airbag as described herein and the resultant two violent impacts to the Plaintiff's head, the Plaintiff suffered severe and debilitating injuries to the Plaintiffs head, neck and body as a whole, including traumatic, permanent injuries to the Plaintiff's brain.

## COUNT I-NEGLIGENCE

Comes now Plaintiff and for Count I of her claim and cause of action herein, states:

13.    Plaintiff realleges and incorporates, as if fully set forth herein, each and every allegation of paragraphs 1-12 above.

14.    Defendant FCA and its predecessor Chrysler entities designed, manufactured, marketed, distributed and placed in the stream of commerce and sold the 2012 Chrysler 200 in

3

which the Plaintiff was riding on August 15, 2015, including the Takata airbag systems installed therein.

15.    At the time of the design, manufacture, assembly, inspection, testing installation distribution and placing into the stream of commerce the 2012 Chrysler 200 automobile in which the Plaintiff was riding on August 15, 2015, it was a matter of common knowledge that a high incidence of injury producing motor vehicle collisions occur upon the streets and highways and that a significant portion of all motor vehicles are involved in collisions at some time during their use.

16.    As an automotive designer, manufacturer, marketer, installer, distributer and seller, Defendant FCA and its predecessor Chrysler entities knew that many users of the Defendant FCA's automobiles would be involved in motor vehicle collisions and the incidence and extent of the user's injuries would frequently be determined by the design, construction and performance of the  active and passive safety restraints manufactured and installed within the Defendant's automobiles, including the vehicle's airbags.

17.    Defendant FCA and its predecessor Chrysler entities owed to the general public, including Plaintiff Erica Lea Camp,  the duty to exercise reasonable care to design, manufacture, assemble, inspect and test the active and passive safety restrain systems contained within the Defendant's vehicle, including the vehicle airbags, so as to place in the stream of commerce and sell reasonably safe automobiles, with properly functioning and reasonably safe safety restraint stems, so as not to subject occupants of the vehicle to an unreasonable risk of harm during a foreseeable crash.

18.    Defendant FCA and its predecessor Chrysler entities failed to exercise reasonable care in the design and manufacture of the 2012 Chrysler 200 in which the Plaintiff was riding on

August 15, 2015, and in the use, in particular, of the Takata airbags which the Defendant installed in said vehicle, airbags which have been determined to be defective and unsafe and have resulted in numerous nationwide safety recalls, including a safety recall issued for the very 2012 Chrysler 200 which injured this Plaintiff on August 15, 2015.

19.     The 2012 Chrysler 200 in which Plaintiff was riding on August 15, 2015 was defective in that the Takata airbags installed therein malfunctioned as described herein.

20.     Defendant FCA and its predecessor Chrysler entities, for which this Defendant has assumed responsibility, breached their duty to the public and this Plaintiff in particular to use ordinary care in the design, manufacture and testing of the 2012 Chrysler 200 and the component parts thereof, including the defective Takata airbags which the Defendant FCA and it predecessor Chrysler entities installed therein, and were thereby negligent.

21.     As a direct and proximate result of the carelessness and negligence of the Defendant FCA, as described herein, Plaintiff has suffered permanent and severe personal injury and damages, including but not limited to:

    a.   Past medical and rehabilitation costs;

    b.   Future medical and rehabilitation costs;

    c.   Loss of earnings and impaired earning capacity;

    d.   Loss of enjoyment of life;

    e.   Pain and suffering; and

    f.   Emotional distress.

22.     Prior to the August 15, 2015 crash, Defendant FCA and its predecessor Chrysler entities either knew or should have known that the Takata airbag systems installed in the

Defendant's Chrysler vehicles were defective and dangerous and ineffective to prevent the type of injuries suffered by this Plaintiff.

23.     The actions of Defendant FCA and its predecessor Chrysler entities, as described herein, evidence a complete indifference to or conscious disregard for the safety of others, including the Plaintiff, Erica Lea Camp, justifying the imposition of punitive damages against Defendant FCA in an amount sufficient to punish Defendant FCA for its wrongful conduct and to deter Defendant FCA and others similarly situated from future similar conduct.

WHEREFORE, Plaintiff for Count I of her claim and cause of action herein prays for judgment against the Defendant FCA in such amount as will fairly and adequately compensate the Plaintiff for her injury and damages, in excess of the minimum jurisdictional limits of this court; for punitive damages, pre-judgment interest and costs and for such other and further relief as to the Court may seem just and proper in the premises.

## COUNT II- STRICT PRODUCT LIABILTY

Comes now the Plaintiff, Erica Lea Camp, by counsel, and for Count II of her claim and cause of action herein, states:

24.     Plaintiff realleges and incorporates as if fully set forth herein, each and every allegation of paragraphs 1-12 and 14-21 above.

25.     At all times herein, the Defendant FCA and its predecessor Chrysler entities were actively engaged in the business of designing, manufacturing, marketing, distributing and selling automobiles, including the 2012 Chrysler 200 in which the Plaintiff was riding on August 15, 2015.

26.     Defendant FCA and its predecessor Chrysler entities designed, manufactured, marketed, distributed and placed into the stream of commerce the subject 2012 Chrysler 200, in the normal course of Defendant's business.

27.     At the time of the August 15, 2015 collision, the subject 2012 Chrysler 200 was being used in a manner reasonable anticipated and intended by Defendant FCA and its predecessor Chrysler entities.

28.     Defendant FCA and its predecessor Chrysler entities knew that the 2012 Chrysler 200 would be used by consumers, including Plaintiff Erica Lea Camp, without substantial change in the condition in which the vehicle was sold; would be used without inspection for defects; and represented that the vehicle could be safely used and would be fit for the ordinary purposes for which the vehicle was purchased.

29.     At the time that the subject 2012 Chrysler 200 left the control of Defendant FCA and its predecessor Chrysler entities, and at the time of the August 15, 2015 collision, the subject 2012 Chrysler 200 and in particular the Takata airbags installed therein were defective and unreasonably dangerous, in those respects herein described.

30.     The Defendant FCA and its predecessor Chrysler entities knowingly, negligently and recklessly designed, manufactured, marketed, distributed. and placed into the stream of commerce the subject 2012 Chrysler 200, including the airbag systems installed therein, which were in a defective and unreasonably dangerous condition put to a reasonably anticipated use.

31.     The defect and unreasonably dangerous conditions associated with the subject 2012 Chrysler 200 existed when the subject vehicle left the control of the Defendant FCA and its predecessor Chrysler entities and persisted through the date of Plaintiff's injuries.

WHEREFORE, for Count II of its claim and cause of action herein, Plaintiff prays for Judgment against the Defendant  FCA in such amount as will fairly and adequately compensate the Plaintiff for her injury and damages, in excess of the minimum jurisdictional limits of this court; for punitive damages, pre-judgment interest and costs; and for such other and further relief as to the Court may seem just and proper in the premises.

LAW OFFICES OF
MICHAEL L. JACKSON, LC

BY: _____

Michael L. Jackson #32190
1028 N. Kingshighway, Suite 1
Cape Girardeau, Missouri 63701
(573) 803-3176 Telephone
(573) 803-3295 Facsimile
Email:  mlj@mljacksonlaw.com
ATTORNEY FOR PLAINTIFF



Search for Cases by: Select Search Method... ▾

Judicial Links   |   eFiling   |   Help   |   Contact Us   |   Print        GrantedPublicAccess  Logoff BAILEYSAMUEL

**20CG-CC00254 - ERICA L CAMP V FCS US LLC (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

**Click here to eFile on Case**        Sort Date Entries: ● Descending    Display Options:
**Click here to Respond to Selected Documents**        ○ Ascending        All Entries ▾

---

09/18/2020  ☐ **Corporation Served**
Document ID - 20-SMCC-625; Served To - FCS US LLC; Server - ST LOUIS COUNTY SHERIFFS OFFICE; Served Date - 15-SEP-20; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - SERVED TO LCW - B. LOVE, INTAKE SPECIALIST

09/17/2020  ☐ **Notice of Service**
20-SMCC-625; Electronic Filing Certificate of Service.

08/20/2020  ☐ **Summons Issued-Circuit**
Document ID: 20-SMCC-625, for FCS US LLC.

☐ **Case Review Scheduled**
Scheduled For: 12/07/2020;  9:00 AM ;  BENJAMIN FREDERICK LEWIS;  Cape Girardeau (Jackson)

08/15/2020  ☐ **Note to Clerk eFiling**
Filed By: MICHAEL L JACKSON

☐ **Confidential Address Filed**
Case Filing Information Sheet.
Filed By: MICHAEL L JACKSON
On Behalf Of: ERICA L CAMP

08/14/2020  ☐ **Filing Info Sheet eFiling**
Filed By: MICHAEL L JACKSON

☐ **Pet Filed in Circuit Ct**
Petition for Damages.
Filed By: MICHAEL L JACKSON
On Behalf Of: ERICA L CAMP

☐ **Judge Assigned**

---

Case.net Version 5.14.0.18        Return to Top of Page        Released 09/01/2020